UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEANETTE R. COLEMAN,

    Plaintiff,

v.                          CASE NO: 08-13276-DT

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    This matter was referred to United States Magistrate Judge Steven D. Pepe pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1. The magistrate judge issued his report on July 23, 2009, recommending that Plaintiff's Motion for Summary Judgment be **DENIED** and Defendant's Motion for Summary Judgment be **GRANTED**. No objections have been filed pursuant to 28 U.S.C. 636(b)(1)(C).

    Having reviewed the file and the report, the court concludes that the findings and conclusions of the Magistrate Judge are correct and ADOPTS the same for purposes of this Order.

    IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation that defendant's motion be **GRANTED.**

    IT IS SO ORDERED.

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: August 13, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 13, 2009, by electronic and/or ordinary mail.

          S/Felicia M. Moses for Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522